BEFORE THE SECOND DIVISION, SEPTEMBER 12, 1951

**No. 55871.**—Naef Watch Company *v.* United States, protest 127568–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of $1.20 each as watch movements more than ⁹/₁₀ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra.*

**No. 55872.**—Nastrix Watch Company *v.* United States, protests 141893–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the· merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra.*